IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR53 |
| | ) | |
| v. | ) | |
| | ) | |
| IGNACIO RUBIO HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion to seal (Filing No. 145).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion is granted.  The motion (Filing No. 146) shall remain sealed pending further order of the Court.

      DATED this 20th day of May, 2015.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
      LYLE E. STROM, Senior Judge
      United States District Court